NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARTFORD FIRE INSURANCE COMPANY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1198

---

Appeal from the United States Court of International Trade in case no. 07-CV-0067, Judge Donald C. Pogue.

---

## ON MOTION

---

## ORDER

Hartford Fire Insurance Company moves for a 14-day extension of time, until November 15, 2010, to file its reply brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

OCT 2 9 2010                     /s/ Jan Horbaly
_____                      _____
Date                             Jan Horbaly
                                 Clerk

cc:  Frederic D. Van Arnam, Jr., Esq.
     Claudia Burke, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 9 2010

JAN HORBALY
CLERK